UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA RIOS, | No. 2:23-cv-0269 KJN P |
| Petitioner, | |
| v. | ORDER |
| TOMAS FERGUSEN, | |
| Respondent. | |

Petitioner, a county jail inmate proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.[1]

////

---

[1] Petitioner may have mistakenly filed the instant action in the United States District Court for the Eastern District of California. The caption of petitioner's petition states "Solano Superior Court," suggesting that petitioner intended to file this action in the Solano County Superior Court. The caption of the petition appears to contain a Superior Court case number, i.e., FCR365473. Under "supporting facts," petitioner contends that she has a name change and is subject to civil harassment. If petitioner did not intend to file the instant action in the United States District Court for the Eastern District of California, she may file a notice of voluntary dismissal. The undersigned shall also recommend dismissal of this action if petitioner fails to respond to this order.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated:  February 23, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rios0269.101a