UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA RIOS,<br><br>    Petitioner,<br><br>    v.<br><br>TOMAS FERGUSEN,<br><br>    Respondents. | No.  2: 23-cv-0269 KJM KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

    Petitioner is a county jail inmate, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By an order filed February 23, 2023, petitioner was ordered to file an in forma pauperis affidavit or to pay the appropriate filing fee, within thirty days, or her application would be dismissed.  The thirty day period has expired, and petitioner has not filed an in forma pauperis affidavit and has not paid the appropriate filing fee.

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the

1

specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 4, 2023

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

rios269.fifp