UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sophia Rios,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>Tomas Ferguson,<br><br>　　　　　　　Respondent. | No. 2:23-cv-00269-KJM-KJN<br><br>ORDER |

On February 13, 2023, petitioner Sophia Rios filed an application for writ of habeas corpus against Tomas Fergusen. *See* Writ, ECF No. 1. Petitioner was directed to file an in forma pauperis affidavit or pay the appropriate filing fee within thirty days. *See* Prior Order (Feb. 23, 2023), ECF No. 3. The thirty day period expired, petitioner did not respond, and the assigned magistrate judge recommended the action be dismissed without prejudice. *See* F&Rs, ECF No. 6. This court adopted the findings and recommendations and dismissed this action without prejudice. *See* Prior Order (July 27, 2023), ECF No. 7.

Petitioner has now filed a request for "assistance with access to the courts." Req., ECF No. 9. Specifically, petitioner requests "someone from the courts" to send forms to help her address different issues including "a conspiracy within Solano, CA" and "an antitrust allegation[.]" *Id.* at 1–2. Petitioner does not specify which kind of forms she seeks, nor does she support the relief she seeks with any authority. Accordingly, the motion is **denied without**

1

1  **prejudice.** *Cf. Carter v. Jai-Put Enter. Inc.*, No. 18-06313, 2020 WL 3545094, at *14 (N.D. Cal. June 30, 2020) ("The parties failed to present relevant arguments and authority and the court has no obligation to decipher what those arguments and authorities might be.").

IT IS SO ORDERED.

DATED: August 1, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE